# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Atlas Data Privacy Corporation, et al.

Plaintiff(s),

v.

DarkOwl, LLC, et al.

Defendant(s).

Civil No. 24-cv-010600

## DISCLOSURE STATEMENT[1] PURSUANT TO FED. R. CIV. P. 7.1(a)(2)

| Party | Type | State(s) of Citizenship |
|---|---|---|
| DarkOwl, LLC | ☐ Individual[2]<br>☐ Corporation[3]<br>☐ Partnership[4]<br>☑ Limited Liability Company[5]<br>☐ Other | See attached |
| | ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Limited Liability Company<br>☐ Other | |
| | ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Limited Liability Company<br>☐ Other | |

In cases where one or more parties are partnerships or LLCs, list all partners or members and their citizenship. This space should also be used where there are more than three parties. Additional sheets may be added as needed.

See attached. DarkOwl, LLC is a citizen of Colorado, California, Pennsylvania, New York, Florida, Missouri, Wyoming, Georgia, Virginia, Utah, Texas, Montana, Maryland, Oregon, Tennessee, Arizona, North Carolina, and Washington, DC.

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct.

Kelly Purcaro                                                                    Date:

November 20, 2024

---

[1] This statement shall be filed by each party.

[2] 28 U.S.C. § 1332(a)(1); *McNair v. Synapse Grp. Inc.*, 672 F.3d 213, 219 n.4 (3d Cir. 2012) (citing *Krasnov v. Dinan*, 465 F.2d 1298, 1300 (3d Cir. 1972) ("[M]ere residency in a state is insufficient for purposes of diversity [of citizenship].")). The natural person must be domiciled in the state and a citizen of that state. *See Gilbert v. David*, 235 U.S. 561 (1915); *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99 (3d Cir. 2015).

[3] 28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . ."); *Hertz Corp. v. Friend,* 559 U.S. 77 (2010); *S. Freedman & Co., v. Raab*, 180 F. App'x 316, 320 (3d Cir. 2006) (explaining that "'[i]n order to adequately establish diversity jurisdiction, a complaint must set forth with specificity a corporate party's state of incorporation and its principal place of business,'" and affirming dismissal of complaint alleging that corporation maintained "a principal place of business," rather than "its principal place of business" (quoting *Joiner v. Diamond M Drilling Co.*, 677 F.2d 1035, 1039 (5th Cir. 1982))). The parties are directed to list the state of incorporation and principal place of business of the corporation.

[4] A partnership, as an unincorporated entity, takes on the citizenship of each of its partners. *Zambelli Fireworks MFG. Co. v. Wood*, 592 F.3d 412, 419 (3d Cir. 2010) (citation omitted). The parties are directed to list each partner and its citizenship.

[5] The citizenship of an LLC is determined by the citizenship of each of its members. *See Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990); *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105 (3d Cir. 2015). The parties are directed to list each member and its citizenship. If any member is itself a partnership, limited liability company, or other unincorporated association, its partners or members and their citizenship must be set forth separately. *See Zambelli Fireworks MFG. Co. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010) ("And as with partnerships, where an LLC has, as one of its members, another LLC, the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be to determine the citizenship of the LLC.")

**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

**RAJ FERBER PLLC**
Kiran Raj (*Pro Hac Vice* forthcoming)
Ryan Scott Ferber (*Pro Hac Vice* forthcoming)
1629 K Street NW, Suite 300
Washington, DC 20006
Tel.: (202) 827-9785
kiran@rajferber.com
scott@rajferber.com

*Attorneys for Defendant DarkOwl, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>*Plaintiffs,*<br><br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 24-cv-10600<br><br>Civil Action<br><br>**ADDENDUM TO DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)(2)** |

Defendant DarkOwl, LLC's members are as follows:[1]

| Member | Sub-Member (As Applicable) | State(s) of Citizenship |
|---|---|---|
| The Mark Timothy Turnage Revocable Declaration of Trust dated July 11, 1996, as amended | Mark Timothy Turnage | Colorado |
| Trilby Holdings Inc. | N/A | Colorado |
| Lawrence A. Bowman Revocable Trust | Larry Bowman | California |
| Matthew Kiley | N/A | Pennsylvania |
| Eric Rosen | N/A | New York |
| Walter G Borst Living Trust | Walter Borst | Florida |
| Jeffrey A. Rosenblum Revocable Trust dtd 6/30/90 | Jeff Rosenblum | Missouri |
| Futaleufu Partners, LLC | David Dodson | Wyoming |
| | Susan Pohlmeyer | California |
| | Jason Jackson | Georgia |
| David Trautenburg | N/A | Colorado |
| The Boenig/Afane Family Trust | Will Boenig | California |
| John Measner | N/A | Colorado |
| Ari Spar | N/A | New York |
| William F. and Katherine B. Duhamel | N/A | California |
| Dave Hanson | N/A | Colorado |
| Red Dog III, LLC | James Berger | Colorado |
| | David Berger | Georgia |
| James Zachry Turner | | Colorado |
| Kechriotis LLC | John Kechriotis | Colorado |
| Constantine Kechriotis | N/A | Florida |
| Christian Kechriotis | N/A | Florida |
| Mike Franson | N/A | Colorado |
| Wesley A. Brown | N/A | Colorado |
| Katherine Gold | N/A | Colorado |
| The Spar Family Revocable Trust | Elon Spar | California |

---

[1] Where DarkOwl lacks direct knowledge, states of citizenship are pled on information and belief based upon due diligence completed regarding same.

| Member | Sub-Member (As Applicable) | State(s) of Citizenship |
|---|---|---|
| John Bocock | N/A | Virginia |
| Alexander Bocock | N/A | Utah |
| David Asseoff | N/A | Colorado |
| Billy Greenblatt | N/A | New York |
| The Brandon T. Greenblatt 2015 Trust | Mark Jennings | Texas |
| The Steven J. Greenblatt 2015 Trust | Mark Jennings | Texas |
| The Maggie S. Greenblatt 2015 Trust | Mark Jennings | Texas |
| OWL Employee Holdings, LLC | Employees of OWL Employee Holdings, LLC | Colorado, California, Montana, Maryland, Florida, Oregon, Pennsylvania, New York, Tennessee, Washington, Arizona, Texas, and North Carolina |
| Bartlett Family Revocable Trust DTS 1/30/01 | Paul Bartlett and Elizabeth Bartlett | California |
| Charles Wu and Anne Wu Trust | Charles and Anne Wu | California |
| Maritz Family Partners LP | Philip Maritz | Missouri |
| Rabbi Adam Kligfeld | N/A | California |
| Jonas Wadler | N/A | California |
| Jonathan Dorff | N/A | Pennsylvania |
| Five Elms IV A, LP | Federick Coulson, IV | Arizona |
| | Thomas Kershisnik | Missouri |
| | Stephanie Schneider | Missouri |
| | Joe Onofrio | Missouri |
| | Ryan Mandel | Missouri |
| DO FE Splitter, LP | Federick Coulson, IV | Arizona |
| | Thomas Kershisnik | Missouri |
| | Stephanie Schneider | Missouri |

3

| Member | Sub-Member (As Applicable) | State(s) of Citizenship |
|---|---|---|
| | Joe Onofrio | Missouri |
| | Ryan Mandel | Missouri |
| Five Elms IV Q, LP | Federick Coulson, IV | Arizona |
| | Thomas Kershisnik | Missouri |
| | Stephanie Schneider | Missouri |
| | Joe Onofrio | Missouri |
| | Ryan Mandel | Missouri |
| In-Q-Tel | Michael M. Crow | Arizona |
| | Peter Barris | Maryland |
| | Safra A. Catz | Florida |
| | Howard Cox | California |
| | Admiral Mike Mullen | Maryland |
| | Stephanie O'Sullivan | Virginia |
| | Ben Sasse | Washington, DC |
| | Ted Schlein | California |
| | Jeffrey H. Smith | Washington, DC |
| | George Tenet | Maryland |

4