**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

**RAJ FERBER PLLC**
Kiran Raj (*Pro Hac Vice* forthcoming)
Ryan Scott Ferber (*Pro Hac Vice* forthcoming)
1629 K Street NW, Suite 300
Washington, DC 20006
Tel.: (202) 827-9785
kiran@rajferber.com
scott@rajferber.com

*Attorneys for Defendant DarkOwl, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br>　　　　　　Defendants. | Case No.: 2:24-cv-010600<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for Defendant, DarkOwl, LLC, in the above-entitled action. All further notices and copies of pleadings, papers, and other relevant material to this action should be directed to and served upon:

Kory Ann Ferro, Esq.
GREENSPOON MARDER LLP
1037 Raymond Blvd, Suite 900
Newark, New Jersey 07102
Tel: 732-456-8746
Fax: 732-957-2314
Email: KoryAnn.Ferro@gmlaw.com

DATED: November 20, 2024                Respectfully submitted,

*/s/ Kory Ann Ferro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

**RAJ FERBER PLLC**
Kiran Raj (*Pro Hac Vice* forthcoming)
Ryan Scott Ferber (*Pro Hac Vice* forthcoming)
1629 K Street NW, Suite 300
Washington, DC 20006
Tel.: (202) 827-9785
kiran@rajferber.com
scott@rajferber.com

*Attorneys for Defendant DarkOwl. LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, I filed a true and correct copy of the foregoing with the court. The Parties may access this filing through the Court's system. In addition, a copy was served via email upon:

PEM LAW LLP
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Drive, Suite 1010
West Orange, New Jersey 07052
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

BIRD MARELLA RHOW
LINCENBERG DROOKS
NESSIM LLP
Ekwan E. Rhow
Elliot C. Harvey Schatmeier
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
erhow@birdmarella.com
ehs@birdmarella.com

MORGAN & MORGAN P.A.
John A. Yanchunis
Ryan J. McGee
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

                                           */s/ Kory Ann Ferro*
                                           KORY ANN FERRO