**GreenspoonMarder** LLP

Kelly Purcaro, Partner
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

November 27, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: **Atlas Data Privacy Corp., et al. v. DarkOwl, LLC, et al.**
**Case No. 2:24-cv-10600**
**Joinder in Defendants' Consolidated Motion to Dismiss and Request for Stay**

Dear Judge Bartle:

This firm represents Defendant DarkOwl, LLC ("DarkOwl") in the above-referenced matter. I write in furtherance of my office's communications with the Court and in accordance with the entry of the Court's Order and Memorandum (Doc. Nos. 8-9) to confirm that this matter had been joined to the Consolidated Motion to Dismiss and that all deadlines in this matter are currently stayed.

Respectfully submitted,

*Kelly B. Purcaro*

KELLY PURCARO