# UNITED STATES DISTRICT COURT

for the

<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| <u>Delvepoint, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| <u>Quantarium Alliance, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| <u>Yardi Systems, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| <u>Digital Safety Products, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| <u>Cvil Data Research</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| Scalable Commerce, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| Labels & Lists, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| Innovis Data Solutions Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| Accurate Append, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| Zillow, Inc., et. al. | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al.            )
     *Plaintiff*                                           )
     v.                                                    )          Case No. 24-4261
                                                           )
Equimine, Inc., et. al.                               )
     *Defendant*                                          )


Atlas Data Privacy Corporation, et. al.            )
     *Plaintiff*                                           )
     v.                                                    )          Case No. 24-4292
                                                           )
Melissa Data Corp., et. al.                          )
     *Defendant*                                          )


Atlas Data Privacy Corporation, et. al.            )
     *Plaintiff*                                           )
     v.                                                    )          Case No. 24-4324
                                                           )
Restoration of America, et. al.                      )
     *Defendant*                                          )


Atlas Data Privacy Corporation, et. al.            )
     *Plaintiff*                                           )
     v.                                                    )          Case No. 24-4345
                                                           )
i360, LLC, et. al.                                    )
     *Defendant*                                          )


Atlas Data Privacy Corporation, et. al.            )
     *Plaintiff*                                           )
     v.                                                    )          Case No. 24-4380
                                                           )
GoHunt, LLC, et. al.                                  )
     *Defendant*                                          )

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4383 |
| | ) | |
| Accuzip, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4385 |
| | ) | |
| Synaptix Technology, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4389 |
| | ) | |
| Joy Rockwell Enterprises, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4390 |
| | ) | |
| Fortnoff Financial, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4392 |
| | ) | |
| MyHeritage, Ltd., et. al. | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4434
        )
E-merges.com, Inc., et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4609
        )
Nuwber, Inc., et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4664
        )
RocketReach LLC, et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4949
        )
Belles Camp Communications, Inc., et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-5600
        )
Property Radar Inc., et. al.    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.                 )
                    *Plaintiff*                          )
                        v.                               )        Case No. 24-5656
                                                         )
The Alesco Group, L.L.C., et. al.                        )
                    *Defendant*                          )


Atlas Data Privacy Corporation, et. al.                 )
                    *Plaintiff*                          )
                        v.                               )        Case No. 24-5658
                                                         )
Searchbug, Inc., et. al.                                 )
                    *Defendant*                          )


Atlas Data Privacy Corporation, et. al.                 )
                    *Plaintiff*                          )
                        v.                               )        Case No. 24-5775
                                                         )
Amerilist, Inc., et. al.                                 )
                    *Defendant*                          )


Atlas Data Privacy Corporation, et. al.                 )
                    *Plaintiff*                          )
                        v.                               )        Case No. 24-7324
                                                         )
U.S. Data Corporation, et. al.                           )
                    *Defendant*                          )


Atlas Data Privacy Corporation, et. al.                 )
                    *Plaintiff*                          )
                        v.                               )        Case No. 24-8075
                                                         )
Smarty, LLC, et. al.                                     )
                    *Defendant*                          )

Atlas Data Privacy Corporation, et. al.          )
                    *Plaintiff*                  )
                       v.                         )          Case No. 24-8451
                                                 )
Compact Information Systems, LLC., et. al.       )
                    *Defendant*                  )

Atlas Data Privacy Corporation, et. al.          )
                    *Plaintiff*                  )
                       v.                         )          Case No. 24-10600
                                                 )
Darkowl, LLC, et. al.                            )
                    *Defendant*                  )

## <u>APPEARANCE OF COUNSEL</u>

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

    Date

:                    12/6/2024
_____                    _____
                                                  *Attorney's signature*

                                           KASHIF T. CHAND
                                           N.J. Bar No. 016752008
                                           _____
                                           *Printed name and bar number*

                                           New Jersey Division of Law
                                           124 Halsey St., 5th Fl.
                                           Newark, NJ 07101
                                           _____
                                           *Address*

                                           KASHIF.CHAND@LAW.NJOAG.GOV
                                           _____
                                           *E-mail address*

                                           973-648-2052
                                           _____
                                           *Telephone number*

                                           973-648-3879
                                           _____
                                           *FAX number*