**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

**RAJ FERBER PLLC**
Kiran Raj (*Pro Hac Vice* forthcoming)
Ryan Scott Ferber (*Pro Hac Vice* forthcoming)
1629 K Street NW, Suite 300
Washington, DC 20006
Tel.: (202) 827-9785
kiran@rajferber.com
scott@rajferber.com

*Attorneys for Defendant DarkOwl, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>*Plaintiffs,*<br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 1:24-cv-10600<br><br>Civil Action<br><br>**NOTICE OF MOTION TO ALLOW KIRAN RAJ, ESQ. TO APPEAR AND PARTICIPATE** *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that on a time and date to be set by the Court, the undersigned attorneys for Defendant, DarkOwl, LLC, will move before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 for an Order, pursuant to Local Civil Rule 101.1(c), admitting Kiran Raj to appear and participate *pro hac vice*.

**PLEASE TAKE FURTHER NOTICE** that Defendant will rely upon the Certifications of Kelly M. Purcaro, Esq. and Kiran Raj, Esq. in support of this application.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless the matter is contested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

DATED:  December 11, 2024			Respectfully submitted,

							**GREENSPOON MARDER LLP**
							*Attorneys for Defendant*
							*DarkOwl, LLC*

							*/s/ Kelly M. Purcaro*
							Kelly M. Purcaro, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I filed a true and correct copy of the foregoing with the court and copy a will be served upon all parties of record via CM/ECF.

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro, Esq.