**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

**RAJ FERBER PLLC**
Kiran Raj (*Pro Hac Vice* forthcoming)
Ryan Scott Ferber (*Pro Hac Vice* forthcoming)
1629 K Street NW, Suite 300
Washington, DC 20006
Tel.: (202) 827-9785
kiran@rajferber.com
scott@rajferber.com

*Attorneys for Defendant DarkOwl, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>*Plaintiffs,*<br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 1:24-cv-10600<br><br>Civil Action<br><br>**ORDER PERMITTING RYAN SCOTT FERBER, ESQ. TO APPEAR AND PARTICIPATE** *PRO HAC VICE* |

**THIS MATTER** having been brought before the Court by Greenspoon Marder, LLP, attorneys for Defendant DarkOwl, LLC ("Defendant"), and the Court having considered the matter, and all counsel of record for all parties having consented to the within Order; and for good cause shown;

**IT IS** on this  12th   day of  December         , 2024, hereby

**ORDERED AS FOLLOWS:**

1. Ryan Scott Ferber, a member of the bar of the District of Columbia is hereby permitted to appear and participate *pro hac vice* to represent Defendant in this action;

2. Ryan Scott Ferber is hereby directed to:

    a. Abide by all disciplinary rules of this Court during the time of her *pro hac vice* admission;

    b. Notify the Court immediately of any matter affecting her standing at the Bar of any other court;

    c. Make payment to the New Jersey Lawyer's Fund for Client Protection as required by the New Jersey Court Rule 1:28-2;

    d. Consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against her or Greenspoon Marder, LLP, that may arise out of her participation in this matter;

2

  e. Have all pleadings, briefs and other papers filed with the Court signed by Kelly Purcaro, Esq. or another New Jersey barred attorney at Greenspoon Marder, LLP, attorney of record for Defendant, whom shall be responsible for the conduct of the attorney admitted hereby; and

  f. Make a payment of $150.00 payable to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3).

*Harvey Bartle III*

Hon. Harvey Bartle III  J.