**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> v. <br><br> DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br> Defendants. | Civ. Action No. 1:24-cv-10600 <br><br> **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION** |

**NOTICE OF MOTION**
**FOR *PRO HAC VICE* ADMISSION OF ELLIOT C. HARVEY**
**SCHATMEIER**

**TO:**    All Counsel of Record

**PLEASE TAKE NOTICE** that Plaintiff Atlas Data Privacy Corporation ("Plaintiff") respectfully moves this Court pursuant to *Local Civ. R. 101.1(c)* to admit Elliot C. Harvey Schatmeier pro hac vice in connection with this matter.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Certification of Rajiv D. Parikh, Esq., and Eric Palmer in support of this application. A proposed Order is attached.

Respectfully submitted,

**PEM LAW LLP**

Dated: January 9, 2025

By:    *s/ Jessica A. Merejo*

_____
JESSICA A. MEREJO
1 Boland Drive, Suite 101

1

West Orange, NJ 07502
Telephone: (973) 577-550
Facsimile: (973) 860-4433
Email: jmerejo@pemlawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ATLAS DATA PRIVACY CORPORATION,
*as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,

Plaintiffs,

v.

DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*

Defendants.

Civ. Action No. 1:24-cv-10600

**CERTIFICATE OF SERVICE**

I, JESSICA A. MEREJO, of full age, hereby certify as follows:

1.      I am an attorney at law within the State of New Jersey and an associate at the law firm of PEM Law LLP, attorneys for plaintiffs in the above-captioned matter. I am admitted to practice in the United States District Court for the District of New Jersey. I have personal knowledge of the information provided in this Certification in accordance with *Local Civ. R. 7.2(a)*.

2.      I am a member in good standing of the bar of this Court.

3.      On this date, I filed a true and correct copy of the Motion for *Pro Hac Vice* Admission of Elliot C. Harvey Schatmeier, along with the Notice of Motion for *Pro Hac Vice* Admission, Certification of Elliot C. Harvey Schatmeier, the Certification of Counsel, and Proposed Order.

Dated: January 9, 2025

**PEM LAW LLP**

*Jessica A. Merejo*
JESSICA A. MEREJO
1 Boland Drive, Suite 101
West Orange, NJ 07502
Telephone: (973) 577-550
Facsimile: (973) 860-4433
Email: jmerejo@pemlawfirm.com