**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07502
Telephone: (973) 577-550
Facsimile: (973) 860-4433
Email: rparikh@pemlawfirm.com
        keinhorn@pemlawfirm.com
        jmerejo@pemlawfirm.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civ. Action No. 1:24-cv-10600<br><br>**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION FOR OF BILL L. CLAWGES** |

**NOTICE OF MOTION
FOR *PRO HAC VICE* ADMISSION OF EKWAN E. RHOW**

**TO:**   All Counsel of Record

**PLEASE TAKE NOTICE** that Plaintiff Atlas Data Privacy Corporation ("Plaintiff")

respectfully moves this Court pursuant to *Local Civ. R. 101.1(c)* to admit Bill L. Clawges *pro hac*

*vice* in connection with this matter.

1

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Certification of Jessica A. Merejo, Esq., and Certification of Bil L. Clawges in support of this application. A proposed Order is attached.

Respectfully submitted,

**PEM LAW LLP**

Dated: January 9, 2025

By:  *s/ Jessica A. Merejo*
_____
JESSICA A. MEREJO

**PEM Law LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07502
Telephone: (973) 577-550
Facsimile: (973) 860-4433
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civ. Action No. 1:24-cv-10600<br><br>**CERTIFICATE OF SERVICE** |

I, JESSICA A. MEREJO, of full age, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and an associate with the law firm of PEM Law LLP, attorneys for plaintiffs in the above-captioned matter. I am admitted to practice in the United States District Court for the District of New Jersey. I have personal knowledge of the information provided in this Certification in accordance with *Local Civ. R. 7.2(a)*.

3

2.      I am a member in good standing of the bar of this Court.

3.      On this date, I filed a true and correct copy of the Motion for Pro Hac Vice Admission of Bill L. Clawges, along with the Certification of Bill L. Clawges, the Certification of Counsel, and Proposed Order.

Dated: January 9, 2025

                                                      *s/ Jessica A. Merejo*
                                                      JESSICA A. MEREJO