UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

DATE OF PROCEEDING: January 14, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**  **DOCKET NO.:** 24-10600 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DARKOWL, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:54a.m.   Time Adjourned: 10:55a.m.   Total Time in Court: 0:01