| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh (032462005)<br>Kathleen Barnett Einhorn (040161992)<br>Jessica A. Merejo (288592020)<br>1 Boland Drive, Suite 101<br>West Orange, NJ 07052<br>Tel.: (973) 577-5500<br>rparikh@pemlawfirm.com<br>keinhorn@pemlawfirm.com<br>jmerejo@pemlawfirm.com<br><br>*Attorneys for Plaintiffs Atlas Data Privacy Corporation, Patrick Colligan and Peter Andreyev* | **BIRD MARELLA RHOW LINCENBERG DROOKS NESSIM LLP**<br>Ekwan E. Rhow (*pro hac vice* to be filed)<br>Elliot C. Harvey Schatmeier (pro hac vice to be filed)<br>1875 Century Park East, 23rd Fl<br>Los Angeles, CA 90067<br>Tel.: (310) 201-2100<br>erhow@birdmarella.com<br>ehs@birdmarella.com<br><br>**MORGAN & MORGAN P.A.**<br>**COMPLEX LITIGATION GROUP**<br>John A. Yanchunis (*pro hac vice* to be filed)<br>Ryan J. McGee (*pro hac vice* to be filed)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>      Plaintiffs,<br><br>    v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES *1-10, fictitious names of unknown entities*,<br><br>      Defendants. | Civ. Action No.: 1:24-cv-10600<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is hereby entering an appearance as co-counsel for Plaintiffs, Atlas Data Privacy Corporation, as

assignee of individuals who are Covered Persons, Patrick Colligan and Peter Andreyev in the above-captioned action.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: */s/ Jessica A. Merejo*
JESSICA A. MEREJO

Dated: April 10, 2025