# GreenspoonMarder LLP

Kelly Purcaro, Partner
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

June 24, 2025

**VIA ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    **Atlas Data Privacy Corp., et al. v. DarkOwl, LLC, et al.**
             **Case No. 2:24-cv-10600**
             **Docket Entry 44 – Order to produce takedown notices**

Dear Judge Bartle:

      This firm represents Defendant DarkOwl, LLC ("Defendant") in the above-referenced matter. We respectfully request that Docket Entry 44, <u>ORDER: Atlas shall produce to defendants on or before July 16, 2025 the dates the takedown notices were sent to the defendants as well as the "category" of covered person into which each assignor fits</u>, be revised to state that: **Atlas shall produce to defendants on or before July 16, 2025 the dates the takedown notices were "<u>received by</u>" defendants**, rather than the date sent to defendants. I've spoken with Plaintiffs' Counsel, Rajiv D. Parikh, about this request. Plaintiffs consent with the caveat that they intend to produce the date of delivery of the takedown notices.

      Thank you for your consideration.

                                        Respectfully submitted,

                                        KELLY PURCARO

Atlanta  Boca Raton  Chicago  Denver  Ft. Lauderdale  Las Vegas  Los Angeles  Miami
Newark  New York  Orlando  Scottsdale  Tallahassee  West Palm Beach

61467647v1