UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   January 7, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**  KIMBERLY WILSON

**TITLE OF CASE:**               **DOCKET NO.:** 24-10600 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DARKOWL, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                                                s/Lawrence Macstravic
                                                                Deputy Clerk

Time Commenced: 11:10a.m.     Time Adjourned: 11:12a.m.     Total Time in Court: 0:02