**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>  *Plaintiffs*,<br>v.<br>ACCUZIP, INC., *et al.*,<br><br>  *Defendants*. | Case No.: 1:24-cv-04383-HB<br><br>Civil Action<br><br>Dkt. No. 77 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>  *Plaintiffs,*<br>    v.<br>THE ALESCO GROUP, L.L.C., *et al.*,<br><br>  *Defendants.* | Case No.: 1:24-cv-05656-HB<br><br>Civil Action<br><br>Dkt. No. 70 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>  *Plaintiffs,*<br>v.<br>DARKOWL, LLC, *et al.*,<br><br>  *Defendants.* | Case No.: 1:24-cv-10600<br><br>Civil Action<br><br>Dkt. No. 62 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>    *Plaintiffs,*<br>  v.<br><br>JOY ROCKWELL ENTERPRISES, INC. d/b/a POSTCARDMANIA PCM LLC, *et al.*,<br><br>    *Defendants.* | Case No.: 1:24-cv-04389<br><br>Civil Action<br><br>Dkt. No. 76 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>    *Plaintiffs,*<br>  v.<br><br>SEARCHBUG, INC., *et al.*,<br><br>    *Defendants.* | Case No.: 1:24-cv-05658-HB<br><br>Civil Action<br><br>Dkt. No. 70 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>    *Plaintiffs,*<br>v.<br><br>US DATA CORPORATION, *et al.*,<br><br>    *Defendants.* | Case No.: 1:24-cv-07324<br><br>Civil Action<br><br>Dkt. No. 66 |

**STIPULATION AND CONSENT ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S OMNIBUS MOTION TO DISMISS**

**THIS MATTER** having been opened to the Court by Plaintiffs and Defendants in the above-captioned matters, for an Order, pursuant to *L. Civ. R.* 7.1(d)(5), adjourning the Plaintiffs' Omnibus Motion to Dismiss Counterclaims (Dkt. Nos. referenced in caption above) and extending the briefing schedule time

2

limits as provided in *L. Civ. R.* 7.1(d)(2) and (3); and the Parties having consented to the form and entry of this Consent Order; and for good cause having been shown;

**IT IS** on this ___15th___ day of _____January_____, 2026, hereby

**ORDERED** that Plaintiffs' Omnibus Motion to Dismiss Defendant is adjourned one cycle from February 17, 2026 until March 2, 2026.

**IT IS FURTHER ORDERED** that Defendants shall file and serve their opposition on or before February 3, 2026.

**IT IS FURTHER ORDERED** that Plaintiffs shall file and serve their reply thereto on or before February 23, 2026.

**IN WITNESS WHEREOF**, the Parties, by their duly authorized representatives, have caused this Order to be duly executed:

| **PEM LAW LLP** *Attorneys for Plaintiffs* | **GREENSPOON MARDER LLP** *Attorneys for Defendants Accuzip, Inc.; The Alesco Group LLC; DarkOwl, LLC; Joy Rockwell Enterprises, Inc.; Searchbug, Inc.; and US Data Corporation* |
|---|---|
| By: */s/Jessica A. Merejo*<br>Rajiv D. Parikh, Esq.<br>Kathleen Barnett Einhorn, Esq.<br>Jessica A. Merejo, Esq.<br>One Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Tel.: (973) 577-5500<br>rparikh@pemlaw.com<br>keinhorn@pemlaw.com<br>jmerejo@pemlaw.com | By: */s/Kory Ann Ferro*<br>Kelly M. Purcaro, Esq.<br>Kory Ann Ferro, Esq.<br>One Gateway Center, Suite 2600<br>Newark, New Jersey 07102<br>Tel.: (732) 456-8746<br>Kelly.Purcaro@gmlaw.com<br>KoryAnn.Ferro@gmlaw.com<br><br>Dated: January 14, 2026 |

3

**BIRD MARELLA RHOW
LINCENBERG DROOKS NESSIM LLP**
Ekwan E. Row, Esq.
(*pro hac vice* forthcoming)
Elliot C. Harvey Schatmeier, Esq.
(*pro hac vice* forthcoming)
Bill L. Clawges, Esq.
(admitted *pro hac vice*)
1875 Century Park East, 23 Floor
Los Angeles, California 90067
Tel.: (310) 201-2100
erhow@birdmarella.com
ehs@birdmarella.com
bclawges@birdmarella.com

Dated:  January 14, 2026


IT IS SO ORDERED.

                                            /s/  Harvey Bartle III
                                                                        J.