# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>        Plaintiffs,<br><br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>        Defendants. | Civil Case No. 1:24-cv-10600-HB<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION** |

**MOTION FOR *PRO HAC VICE* ADMISSION OF SHOSHANA E. BANNETT**

To: All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff Atlas Data Privacy Corporation ("Plaintiff") respectfully moves this Court pursuant to Local Civ. R. 101.1(c) to admit Shoshana E. Bannett *pro hac vice* in connection with this matter.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the Certification of Jessica A. Merejo in support of this application. A proposed Order is attached.

Dated: January 9, 2026

                                              /s/ *Jessica A. Merejo*
                                              **PEM LAW LLP**
                                              Jessica A. Merejo
                                              1 Boland Dr., Suite 101
                                              West Orange, New Jersey 07052
                                              Telephone: (973) 557-5700
                                              Email: jmerejo@pemlawfirm.com