# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>　　　　　　　　　Defendants. | Civil Case No. 24-10600<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION** |

## MOTION FOR *PRO HAC VICE* ADMISSION OF GREGORY T. NOLAN

To: All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff Atlas Data Privacy Corporation ("Plaintiff") respectfully moves this Court pursuant to Local Civ. R. 101.1(c) to admit Gregory T. Nolan *pro hac vice* in connection with this matter.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the Certification of Jessica A. Merejo in support of this application. A proposed Order is attached.

Dated: January 9, 2026

　　　　　　　　　　　　　　　　　　　　/s/ *Jessica A. Merejo*
　　　　　　　　　　　　　　　　　　　　**PEM LAW LLP**
　　　　　　　　　　　　　　　　　　　　Jessica A. Merejo
　　　　　　　　　　　　　　　　　　　　1 Boland Dr., Suite 101
　　　　　　　　　　　　　　　　　　　　West Orange, New Jersey 07052
　　　　　　　　　　　　　　　　　　　　Telephone: (973) 557-5700
　　　　　　　　　　　　　　　　　　　　Email: jmerejo@pemlawfirm.com