IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civ. Action No. 1:24-cv-10600 |

I, Elliot C. Harvey Schatmeier, hereby certify that:

1. I submit this Certification in support of my application for admission *pro hac vice* in the above-captioned cases pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey on behalf of Plaintiff Atlas Data Privacy Corporation, in the above-captioned case.

2. I am an attorney and partner at the law firm Bird, Marella, Rhow, Lincenberg, Drooks, & Nessim, LLP, located at 1875 Century Park East, 23rd Floor Los Angeles, CA 90067, telephone: (310) 201-2100. My email address is: ehs@birdmarella.com.

3. Since 2018, I have been and presently am a member of and in good standing with the Bar of the State of California. My bar license number is 322132.

4. I am admitted to practice before the following courts:
   - State of California, admitted 11/26/2018, membership information is maintained by The State Bar of California located at 845 S. Figueroa St., Los Angeles, CA 90017

1

4104369.1

- State of New York, admitted 4/30/2014, membership information is maintained by the New York State Bar Association located at 1 Elk Street, Albany, NY 12207
- United States Court of Appeals for the Second Circuit, admitted 11/4/2015, membership information is maintained by Attorney Admissions located at 40 Foley Square, New York, NY 10007
- United States Court of Appeals for the Third Circuit, admitted 1/14/2025, membership information is maintained by the Office of the clerk located at 601 Market Street, Philadelphia, PA 9106
- United States Court of Appeals for the Eleventh Circuit, admitted 5/5/2017, membership information is maintained by the Office of the Clerk located at 56 Forsyth Street, N.W., Atlanta, GA 30303
- United States District Court for the Central District of California, admitted 2/6/2019, membership information is maintained by the Office of the Clerk located at 255 East Temple Street, Suite 180, Los Angeles, CA 90012
- United States District Court for the Southern District of New York, admitted 11/18/2014, membership information is maintained by the Office of the Clerk located at One Bowling Green, New York, NY 10004
- United States Bankruptcy Court for the Central District of California, admitted 8/14/2019, membership information is maintained by the Office of the Clerk located at 255 East Temple Street, Los Angeles, CA 90012

5. I am presently a member in good standing of the bars of the courts listed above.

6. There are no pending disciplinary proceedings against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I have acquired a copy of the Local Rules of the United States District Court for the District of New Jersey, and I am generally familiar with those rules. I shall abide by all applicable rules of this Court, including all disciplinary rules, as a continuing condition of admission.

8. If admitted pro hac vice, I agree to:

(a) pay the pro hac vice admission fee of $250.00 payable to the Clerk of the United States District Court for the District of New Jersey, pursuant to L.Civ. R. 101.1(c);

(b) notify this Court immediately of any matter affecting my standing at the Bar of any

4104369.1

Court to which I am admitted; and

(c) make payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2 and L. Civ. R. 101.1(c).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 11th day of December, 2025.

_____
ELLIOT C. HARVEY SCHATMEIER