IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>                   Plaintiffs,<br><br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>                   Defendants. | Civil Case No. 24-10600-HB<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION** |

**MOTION FOR *PRO HAC VICE* ADMISSION OF BILL L. CLAWGES**

To: All Counsel of Record

**PLEASE TAKE NOTICE** that Plaintiff Atlas Data Privacy Corporation ("Plaintiff") respectfully moves this Court, pursuant to Local Civ. R. 101.1(c) to admit Bill L. Clawges *pro hac vice* in connection with this matter.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely on the Certification of Jessica A. Merejo and Certification of Bill L. Clawges in support of this application. A Proposed Order is attached.

Dated: March 10, 2026

                                                       /s/ *Jessica A. Merejo*
                                                       **PEM LAW LLP**
                                                       Jessica A. Merejo
                                                       1 Boland Dr., Suite 101
                                                       West Orange, New Jersey 07052
                                                       Telephone: (973) 557-5700
                                                       Email: jmerejo@pemlawfirm.com