## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION,
*as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,

                    Plaintiffs,

v.

DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*

                    Defendants.

Civil Case No. 24-10600-HB

**MOTION FOR *PRO HAC VICE* ADMISSION**

### MOTION FOR *PRO HAC VICE* ADMISSION OF EKWAN E. RHOW

To: All Counsel of Record

    **PLEASE TAKE NOTICE** that Plaintiff Atlas Data Privacy Corporation ("Plaintiff") respectfully moves this Court, pursuant to Local Civ. R. 101.1(c) to admit Ekwan E. Rhow *pro hac vice* in connection with this matter.

    **PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely on the Certification of Jessica A. Merejo, and Certification of Ekwan E. Rhow in support of this application. A Proposed Order is attached.

Dated: March 10, 2026

                    */s/ Jessica A. Merejo*
                    **PEM LAW LLP**
                    Jessica A. Merejo
                    1 Boland Dr., Suite 101
                    West Orange, New Jersey 07052
                    Telephone: (973) 557-5700
                    Email: jmerejo@pemlawfirm.com