IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV, <br><br>      Plaintiffs, <br><br> v. <br><br> DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br>      Defendants. | Civil Case No. 24-cv-10600-HB <br><br> **MOTION FOR *PRO HAC VICE* ADMISSION** |

**MOTION FOR *PRO HAC VICE* ADMISSION OF ELLIOT C. HARVEY SCHATMEIER**

To: All Counsel of Record

  **PLEASE TAKE NOTICE** that Plaintiff Atlas Data Privacy Corporation ("Plaintiff") respectfully moves this Court, pursuant to Local Civ. R. 101.1(c) to admit Elliot C. Harvey Schatmeier *pro hac vice* in connection with this matter.

  **PLEASE TAKE FUTHER NOTICE** that Plaintiff will rely on the Certification of Jessica A. Merejo, and Certification of Elliot C. Harvey Schatmeier in support of this application. A Proposed Order is attached.

Dated: March 10, 2026

                /s/ *Jessica A. Merejo*
                **PEM LAW LLP**
                Jessica A. Merejo
                1 Boland Dr., Suite 101
                West Orange, New Jersey 07052
                Telephone: (973) 557-5700
                Email: jmerejo@pemlawfirm.com