

**Rajiv D. Parikh, Esq.**
**Partner**
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

June 16, 2026

<u>VIA ECF</u>
The Honorable Harvey Bartle III, U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

> Re:    <u>**In re Daniel's Law Compliance Litigation**</u>
> **Docket Nos:  24-4174 (Labels & Lists, Inc.)**
> **24-4383 (Accuzip, Inc.)**
> **24-4389 (Joy Rockwell Enterprises, Inc.)**
> **24-5656 (The Alesco Group, L.L.C.)**
> **24-5658 (Searchbug, Inc.)**
> **24-7324 (US Data Corp.)**
> **24-10600 (Darkowl, LLC)**

Dear Judge Bartle:

This firm represents plaintiffs Atlas Data Privacy Corporation ("Atlas"), as assignee of individuals who are covered persons under <u>N.J.S.A.</u> 56:8-166.1(d); and the individual plaintiffs (collectively, "Plaintiffs"), in the above-referenced matters. Plaintiffs' motions to dismiss the counterclaims in each are still pending.

Plaintiffs write to raise a procedural issue that was not briefed by either party. The counterclaims were brought against Atlas only who appears in these matters solely as assignee of covered persons, not in its general capacity. This issue has been raised in Daniel's Law cases proceeding in state court where defendants have been required to file third-party complaints against Atlas, rather than counterclaims.

Plaintiffs raised this issue with counsel for Defendants via email on June 2, 2026, and proposed that the counterclaims be withdrawn and re-filed as third-party complaints. Defense counsel has yet to inform Plaintiffs of whether they agree to do so.

Should the Court require supplemental briefing, Plaintiffs will file same. Thank you for the Court's continued assistance with this matter.

Hon. Harvey Bartle, III
June 16, 2026
Page 2 of 2



Respectfully submitted,

**PEM LAW LLP**

 */s/ Rajiv D. Parikh*
RAJIV D. PARIKH

c:      Counsel of Record (via CM/ECF)