**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

**RAJ FERBER PLLC**
Kiran Raj (admitted *Pro Hac Vice*)
Ryan Scott Ferber (admitted *Pro Hac Vice*)
1629 K Street NW, Suite 300
Washington, DC 20006
Tel.: (202) 827-9785
kiran@rajferber.com
scott@rajferber.com

*Attorneys for Defendant DarkOwl, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>*Plaintiffs,*<br>v.<br><br>DARKOWL, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 1:24-cv-10600<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR ENTRY OF ORDER REGARDING THE PROTOCOL FOR THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

**PLEASE TAKE NOTICE** that, on December 7, 2026 at 9:00 in the forenoon, or as soon as counsel may be heard, the undersigned, counsel for Defendant, DarkOwl, LLC ("DarkOwl"), shall move, pursuant to this Court's July 30, 2026 Directive, and the corresponding Federal and Local Rules of Civil Procedure, for the entry of an Order regarding the protocol for the discovery of Electronically Stored Information.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, DarkOwl shall rely on the Declaration of Kelly M. Purcaro, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: November 6, 2026

**GREENSPOON MARDER LLP**
*Attorneys for Defendant*
*DarkOwl, LLC*

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro, Esq.