IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : | NO. 24-4389 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SEARCHBUG, INC., et al. | : | NO. 24-5658 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| US DATA CORP., et al. | : | NO. 24-7324 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| DARKOWL, LLC, et al. | : | NO. 24-10600 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| AGR MARKETING SOLUTIONS, LLC, et al. | : | NO. 25-12137 |

**NOTICE OF TELEPHONE CONFERENCE**

A **TELEPHONE CONFERENCE** in the above matters has been scheduled for **November 23, 2026,** at **9:00 a.m. (EST)** with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiffs' counsel is instructed to get all counsel on the telephone and then call Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693

DATED: November 17, 2026

HB/slr
Copies sent via ECF notification